UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| Wei Jun Ji and Hsi Chieh Chen, individually and on behalf of all other employees similarly situated<br><br>Plaintiffs,<br><br>- against -<br><br>Lan Ramen, LLC, Duo Jia Xiao a/k/a Jessica Xiao and "Kenny" Doe,<br><br>Defendants. | Case No. 3:20-cv-12813-MAS-TJB<br><br>**STIPULATION OF DISMISSAL WITHOUT PREJUDICE** |

IT IS HEREBY STIPULATED AND AGREED by and between the Plaintiff Hsi Chieh Chen (Plaintiff) and Defendants Lan Ramen, LLC, Duo Jia Xiao a/k/a Jessica Xiao and "Kenny" Doe, (Defendants) through their undersigned respective counsel, asserted therein are hereby dismissed in their entirety and without prejudice as against all Defendants, and with no award of attorneys' fees or costs by the Court to any party

(signature page continued)

Dated:   Flushing, New York
         December 17, 2021

1

*Attorney for Defendants*

/s/ Joey Tsai
JOEY TSAI
TSAI PLLC
535 5TH AVENUE
FOURTH FLOOR
NEW YORK, NY 10017
646-829-9001
Email: jtsai@tsaipllc.com

*Attorney for Plaintiff*

/s/ Qinyu Fan
Qinyu Fan ESQ.
HANG & ASSOCIATES, PLLC
136-20 38th Avenue, Suite 10G
Flushing, NY 11354
(718) 353-8588
Email: qfan@hanglaw.com

So Ordered this 21st day of December, 2021.

_____
Honorable Michael A. Shipp, U.S.D.J.